UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>v.<br><br>WILLIAM S. REED,<br><br>　　　　　Defendant | Case No. 2:11-cr-00247-JAD-CWH<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR SENTENCE REDUCTION UNDER RULE 35<br><br>[ECF No. 193] |

On February 13, 2012, William S. Reed pled guilty to conspiracy to defraud the United States under 18 USC § 371, evasion of payment of tax under 26 USC § 7201, and aggravated identity theft under 18 USC § 1028A(a)(1), and was sentenced to a total of 108 months in custody followed by 3 years of supervised release with special conditions.

The government now moves to reduce the defendant's sentence by 6 months under FRCr.P 35, arguing that the defendant provided "substantial assistance" and "information as part of the government's trial preparation and strategy."[1] Defendant's counsel does not oppose the motion.[2]

I find that a sentence reduction is warranted in this instance and **GRANT** the motion for sentence reduction **[ECF No. 193]**. IT IS HEREBY ORDERED that Mr. Reed's sentence is **REDUCED by 6 months**, for a new total of 102 months, and I direct the Clerk of Court to **AMEND** the defendant's original judgment **[ECF No. 112]** accordingly.

DATED this 20th day July, 2017.

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 193.

[2] ECF No. 194.